AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2010 NOV 15 PM 4: 14
CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JUNIOR BRAVO REYES | ) | Case No. A-10-M-882 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  __07/20/2010 and 09/01/2010__  in the county of  __TRAVIS__  in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 USC Section 408(a)(7)(B) | Social Security Number Misuse |
| 18 USC Section 1035(a)(2) | False Statements Related to Healthcare Matters |
| 18 USC Section 1546 | Fraudulent Use of Alien Registration Card |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ANTONIO PUENTE, SPECIAL AGENT
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/15/10

_____
*Judge's signature*

ROBERT PITMAN
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state:  AUSTIN, TX

AFFIDAVIT

I, Antonio Puente, having been duly sworn, do hereby state and depose as follows:

1. I am employed as a Special Agent (SA) with the Office of the Inspector General, Office of Investigations, Social Security Administration in San Antonio, Texas. I have been so employed since 2002. In connection with my official duties, I investigate criminal violations of Title 42 of the United States Code involving fraud, waste and abuse of Social Security programs. I also investigate employee misconduct within the Social Security Administration and violations under Title 18 of the United States Code. I have received specialized training in the enforcement of these statutes and have also testified in judicial proceedings and presented for prosecution violations of the above Titles.

2. Based on information provided in this affidavit, I believe there is probable cause to support a finding that Junior Bravo-Reyes (hereafter referred to as BRAVO-REYES) has violated the provisions of Title 42, United States Code, Section 408(a)(7)(B), Title 18 United States Code 1035(a)(2), and Title 18 United States Code 1546. Except as explicitly set forth below, I have not, in this affidavit, distinguished between the facts of which I have personal knowledge and facts as to which I have hearsay knowledge. I have not set forth each and every fact learned during the course of this investigation, but simply those facts which I believe are necessary to establish probable cause for issuance of an arrest warrant.

3. <u>Certified Nurse's Aides (CNAs) Licensing:</u>  Individuals seeking to become CNA's in Texas must complete an approved nurse aide training and competency evaluation program and pass the competency evaluation program examination. CNA education programs cover subjects such as basic nursing principles, patient rights, effective communication, job safety, anatomy and medical terminology, ethics, observation and reporting. Prior to obtaining a passing score on the exam, the student must submit a Texas Nurse Aide Testing Program Application for Registration by Examination. The form is completed and signed by both the individual seeking to become a CNA and the Texas Department of Aging and Disability Services (DADS) approved Nurse Aide Training and Competency Evaluation Program (NATCEP) training facility. The form contains among other information; the applicant's full name, social security account number (SSAN), date of birth, mailing address, education level of the applicant, and nurse aide experience. This investigation has revealed that on or about July 20, 2010, BRAVO-REYES completed and signed the Texas Nurse Aide Testing Program Application for Registration by Examination.

4. On October 27, 2010, during the course of an investigation conducted by the Pflugerville Police Department (PPD), PPD Assistant Chief Jim Mclean informed me that the PPD identified approximately twenty-eight individuals who had obtained employed at the Pflugerville Nursing Home and Rehab Center (PNHRC) located in Pflugerville, TX within the Western District of Texas; using false or

fictitious documents including Social Security Cards and Resident Alien Cards. PPD Assistant Chief Mclean further informed that BRAVO-REYES was one of the twenty-eight individuals that had obtained employment as a CNA with the PNHRC. The PNHRC is a nursing home facility which bills both the federal Medicare and the state Medicaid health care benefit programs for services rendered to patients. I was provided copies of the documents BRAVO-REYES provided when applying for employment. A review of these documents revealed that as a part of the application process, BRAVO-REYES provided three forms of identification including a Social Security Card (XXX-XX-4895), a Permanent Resident Alien Card (A# 098-342-675), and a Texas Department of Aging and Disability Services Texas Nurse Aide Registry Certification bearing the name Junior BRAVO-REYES and Social Security Account Number (SSAN) XXX-XX-4895.

5. On November 10, 2010, I received the Texas Nurse Aide Testing Program Application for Registration by Examination completed, signed, and dated July 20, 2010 by BRAVO-REYES. A review this document revealed that BRAVO-REYES provided the same SSAN (XXX-XX-4895) on this application, claiming that the Commissioner of the Social Security Administration (COSS) issued the SSAN to him. Further review of the document revealed that BRAVO-REYES provided two forms of identification to the Central Texas Nurse Network, Inc a DADS approved NATCEP training facility, a Social Security Card (XXX-XX-4895) and a Permanent Resident Card (A# 098-342-675); and photocopies were made of these documents and submitted to DADS along with the application. The Upon further review of this photocopy it appears that, the Social Security Card and Permanent Resident Card are fictitious or counterfeit documents.

6. On November 12, 2010, I also received Department of Homeland Security U.S. Citizenship and Immigration Services Employment Eligibility Verification (Form I-9) and Department of the Treasury Internal Revenue Service Employee's Withholding Allowance Certificate (Form W-4); both documents were completed, signed, and dated September 1, 2010 by BRAVO-REYES. The I-9 revealed that BRAVO-REYES provided a Permanent Resident Card (I-551) bearing alien registration number 098-342-675 and a Social Security Card SSAN (XXX-XX-4895), claiming that the numbers had been issued to him. PNHRC made a photocopy of the Social Security Card bearing the name Junior BRAVO-REYES and SSAN XXX-XX-4895 and Permanent Resident Card bearing the name Junior BRAVO-REYES and alien registration number 098-342-675, upon further review it appears that, the Social Security Card and Resident Alien Cards are fictitious or counterfeit documents.

7. On November 12, 2010, DHS ICE Special Agent (SA) Deron Matteson conducted DHS systems searches for alien registration number 098-342-675, BRAVO-REYES provided the PNHRC during the application process. SA Matteson explained that alien registration number 098-342-675, was a valid alien

    registration number assigned to another individual and not assigned to BRAVO-REYES.

8. On November 12, 2010, I conducted Social Security Administration systems searches for the above referenced SSAN. I discovered that the SSAN was a valid SSAN issued by the COSS but the SSAN was not issued to BRAVO-REYES. The systems searches further revealed that the SSAN was originally by issued in April 1941, to an individual named S. Reeves.

9. On or about July 20, 2010, BRAVO-REYES, did knowingly and willfully falsify, conceal, and made materially false, fictitious, or fraudulent statements or representations, and used materially false writing or documents knowing that the same contained materially false, fictitious, and fraudulent statements and entries that were in connection with the delivery of or payment for a health care benefit program, in violation of Title 18 United States Code 1035(a)(2).

10. On or about September 1, 2010, BRAVO-REYES, did willfully, knowingly and with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

11. On or about September 1, 2010, BRAVO-REYES did knowingly possess, obtain, accept, or received a document, to wit, a Permanent Resident Alien Card (I-551), in the name of Irami BRAVO-REYES, prescribed by statue or regulation as evidence of authorized stay or employment in the United States, knowing that document to be forged, counterfeited, altered, or falsely made, or to have been otherwise procured by fraud or unlawfully obtained, in violation of law of Title 18 United States Code 1546.

12. Based on the forgoing, I submit that sufficient probable cause exists to believe that Junior BRAVO-REYES has violated the provisions of Title 42, United States Code, Section 408(a)(7)(B), Title 18 United States Code 1035(a)(2), and Title 18 United States Code 1546.

                                                Antonio Puente  
                                                Special Agent  
                                                Social Security Administration  
                                                Office of the Inspector General  
                                                Office of Investigations

Sworn to before me and subscribed in my presence.

_____
U.S. Magistrate Judge